# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C/O ORTIZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-02227-SKO PC<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH SCREENING ORDER<br><br>(Docs. 11 and 13) |

　　　Plaintiff Percy Stockton, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 23, 2009.  On February 16, 2011, the Court screened Plaintiff's complaint and ordered him to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable by the Court, within thirty days.  On March 24, 2011, Plaintiff filed a response stating that he is without his legal material and is unable to comply with the Court's order.  Plaintiff seeks to extend the compliance deadline until he receives his legal property or is released on parole.

　　　The Court has given Plaintiff's response due consideration and Plaintiff is HEREBY GRANTED a **thirty-day** extension of time to comply with the Court's order.  If Plaintiff fails to

///
///
///
///
///

1

comply with the order, this action will proceed forward on the cognizable claims and the non-cognizable claims will be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:      April 15, 2011**                             /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE