# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON, | CASE NO. 1:09-cv-02227-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS GALVAN AND ORTIZ, JR. |
| v. | |
| C/O ORTIZ, et al., | (Doc. 21) |
| Defendants. | |

On October 19, 2011, Defendants Galvan and Ortiz, Jr. filed an answer to Plaintiff's complaint.[1] Accordingly, application of the discovery and scheduling order filed on October 18, 2011, is HEREBY EXTENDED to Defendants Galvan and Ortiz, Jr.

IT IS SO ORDERED.

Dated:   November 15, 2011          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Hedgpeth, Durden, Chorley, Sellers, and Ortiz previously answered the complaint, and service is still in process as to Defendant Fehlman.

1