# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O ORTIZ, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:09-cv-02227-SKO PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS GALVAN AND ORTIZ, JR.<br><br>(Doc. 21) |

On October 19, 2011, Defendants Galvan and Ortiz, Jr. filed an answer to Plaintiff's complaint.[1] Accordingly, application of the discovery and scheduling order filed on October 18, 2011, is HEREBY EXTENDED to Defendants Galvan and Ortiz, Jr.

IT IS SO ORDERED.

**Dated:**　November 15, 2011　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Hedgpeth, Durden, Chorley, Sellers, and Ortiz previously answered the complaint, and service is still in process as to Defendant Fehlman.

1