# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON,<br><br>                Plaintiff,<br><br>    v.<br><br>C/O ORTIZ, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:09-cv-02227-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 30)<br><br>TWENTY-ONE DAY DEADLINE |

      Plaintiff Percy Stockton, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 23, 2009. On January 12, 2012, Defendants filed a motion to dismiss. Although Plaintiff is no longer incarcerated, Local Rule 230(l) shall continue to apply to this action.

      Accordingly, Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days** from the date of service of this order, and Plaintiff is warned that if he fails to file a response to the motion in compliance with this order, this action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:**   February 2, 2012                        /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE